

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2017

No. 04-17-00440-CV

**EX PARTE PETER BURTON,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI09461
The Honorable Renee A. Yanta, Judge Presiding

## O R D E R

On September 21, 2017, we abated this appeal to allow the trial court an opportunity to sign a final written judgment relating to its bench trial of June 15, 2017. On November 30, 2017, the trial court filed an Advisory to the Court and Motion for Additional Time, requesting an additional thirty days to sign the final order. We grant the request and abate this appeal for an additional thirty days.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court